NO. CAAP-12-0000485

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


FRANCIS GRANDINETTI, Petitioner-Appellant, v.
STATE OF HAWAIʻI, Respondent-Appellee


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 88-2074)

ORDER DENYING PETITIONER-APPELLANT'S
PROOF OF SERVICE OF ORDER (MARCH 22, 2013),
AND TIMELY RECONSIDERATION APPLICATION
(By:  Nakamura, Chief Judge, Leonard and Reifurth, JJ.)

Upon consideration of Petitioner-Appellant's Proof of
Service of Order (March 22, 2013), and Timely Reconsideration
Application (deemed as a motion for reconsideration) filed on
April 4, 2013, and the records and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED:  Honolulu, Hawaiʻi, April 9, 2013.

On the motion:

Francis Grandinetti
Petitioner-Appellant

Chief Judge

Associate Judge

Associate Judge